## LINN COUNTY v. DAY.

*Appeal from Linn District Court — Monday, June* 19.

THE SUPREME COURT WILL NOT REVIEW A RULING UPON DEMURRER, TO WHICH NO EXCEPTIONS WERE TAKEN IN THE COURT BELOW.

THE decision of the court was announced by —

WRIGHT, Ch. J. — Plaintiff appeals from an order sustaining a demurrer to the petition. No exception was taken to this ruling. Let the judgment be affirmed. *Norton* v. *Swearingen*, at the present term, and the cases there cited.          Affirmed.

*I. M. Preston & Son* for the appellant — No appearance for the appellee.

---

## THE STATE OF IOWA v. HEDGE.

*Appeal from Polk District Court — Tuesday, June* 20, 1865.

*Warner* v. *Pace*, 10 Iowa, 391, CITED AND FOLLOWED.

THE decision of the court was announced by —

LOWE, J. — The defendant, Robert Hedge, was indicted for keeping a gambling house. Admitted to bail — made default — his recognizance forfeited — suit on same — tried by the court — judgment for defendant — State appeals.

The record shows no finding of the facts by the court, or motion for a new trial, or exception to any *ore tenus* ruling. Upon the authority of the case of *Warner* v. *Pace*, 10 Iowa, 391, the judgment is          Affirmed.

*Allen*, Attorney-General, for the State — *George J. North* for the appellee.